UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

ANTONIA J. SPINAZZOLA,

      Plaintiff,

v.                                                                      Case No.  5:11-cv-508-Oc-10TBS

COMMISSIONER OF SOCIAL SECURITY
ADMINISTRATION,

      Defendant.

_____/

ORDER

      Pending before the Court is Plaintiff's Uncontested Motion to Dismiss (Doc. 22) in which Plaintiff seeks dismissal of this action with prejudice.  No counterclaims against Plaintiff have been filed and according to the motion, the Defendant has no objection to the granting of the motion.  The parties consented to the Magistrate Judge's authority and on November 21, 2011, the District Judge entered his Reference Order (Doc. 13).  Now, upon due consideration, the motion is GRANTED and:

      1.  This case is DISMISSED WITH PREJUDICE;

      2.  Each party shall be responsible for its own costs; and

      3.  The Clerk is directed to close the file.

      IT IS SO ORDERED.

      DONE AND ORDERED in Ocala, Florida, on April 10, 2012.

Copies to all Counsel

THOMAS B. SMITH
United States Magistrate Judge